JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH SARVER ASHWORTH,<br><br>　　　　　　　Plaintiff/s,<br><br>　　v.<br><br>GOLDCO DIRECT LLC,<br><br>　　　　　　　Defendant/s. | Case No.: 2:24-cv-06144-MRA (BFMx)<br><br>**ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND FILING OF DISMISSAL, REMOVING CASE FROM ACTIVE CASELOAD** |

　　　Having been advised by counsel that the above-entitled case has been settled (Dkt. 13, Notice of Resolution), the Court hereby orders all proceedings in the case stayed and taken off calendar, thereby removing this case from the Court's active caseload.  The parties shall file a Stipulation of Dismissal within 60 days (the "Dismissal Date") of this order.  If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains jurisdiction for 60 days to vacate this order and reopen the case upon a written showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged.

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
HON. MONICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE